| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** |

In Re:
MONICA MARY HAND

Case No.: ___1-23-BK-10083___

Chapter: _____13_____

Judge: ___ANDREW B ALTENBURG JR___

## CHANGE OF ADDRESS

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding. A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type:  ___LTD ACQUISITIONS, LLC___, Creditor
(Example: John Smith, creditor)

Old address:  LTD Financial Services LLP
3200 Wilcrest Dr. Suite 600
HOUSTON TX 77042-0000

New address:  16225 Park Ten PL
Ste 500
Houston TX 77084

New phone no.: (713) 825-9628
(if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true. If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date: __2/14/2024__        /s/David John_____
                                          Signature

*rev.2/1/16*