Printed on: 12/31/2024  
ANDREW B. FINBERG [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 23-10083 (ABA)

Christopher S. Hand and Monica M. Hand  
292 Westminster Boulevard  
Turnersville, NJ  08012

Monthly Payment: $918.00  
Payments / Month: 1  
Current Trustee Comp.: 10.00%

**For the period of 01/01/2024 to 12/31/2024**  
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/02/2024 | $350.00 | 01/16/2024 | $250.00 | 01/29/2024 | $470.00 | 02/01/2024 | $200.00 |
| 02/12/2024 | $460.00 | 02/26/2024 | $460.00 | 03/13/2024 | $460.00 | 03/25/2024 | $460.00 |
| 04/08/2024 | $460.00 | 04/22/2024 | $460.00 | 05/06/2024 | $460.00 | 05/20/2024 | $460.00 |
| 06/03/2024 | $460.00 | 06/17/2024 | $460.00 | 07/01/2024 | $460.00 | 07/15/2024 | $460.00 |
| 07/29/2024 | $460.00 | 08/12/2024 | $460.00 | 08/26/2024 | $460.00 | 09/09/2024 | $460.00 |
| 09/23/2024 | $460.00 | 10/07/2024 | $460.00 | 10/21/2024 | $460.00 | 12/02/2024 | $918.00 |
| 12/16/2024 | $460.00 | 12/30/2024 | $460.00 | | | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | CHRISTOPHER S. HAND | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | ANDREW T. ARCHER, ESQUIRE | 13 | $3,255.00 | $3,255.00 | $0.00 | $3,255.00 |
| 1 | ATLANTIC CITY ELECTRIC COMPANY | 33 | $1,755.07 | $150.65 | $1,604.42 | $0.00 |
| 2 | AVANT/WEBBANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | CAPITAL ONE, N.A. | 33 | $394.52 | $33.87 | $360.65 | $0.00 |
| 4 | CAPITAL ONE, N.A. | 33 | $2,289.64 | $196.54 | $2,093.10 | $0.00 |
| 5 | CAPITAL ONE AUTO FINANCE | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | CAPITAL ONE/WALMART | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | JPMORGAN CHASE BANK, N.A. | 33 | $15,489.84 | $1,329.65 | $14,160.19 | $0.00 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $465.87 | $39.99 | $425.88 | $0.00 |
| 9 | QUANTUM3 GROUP, LLC | 33 | $153.54 | $13.18 | $140.36 | $0.00 |
| 10 | JEFFERSON CAPITAL SYSTEMS, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | JEFFERSON CAPITAL SYSTEMS, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | PREMIER BANKCARD, LLC | 33 | $719.54 | $61.76 | $657.78 | $0.00 |
| 13 | DEPARTMENT OF THE TREASURY | 28 | $5,852.58 | $5,852.58 | $0.00 | $0.00 |
| 14 | LTD ACQUISITIONS, LLC | 33 | $581.60 | $49.92 | $531.68 | $0.00 |
| 15 | LVNV FUNDING, LLC | 33 | $627.01 | $53.82 | $573.19 | $0.00 |
| 16 | M & T BANK | 24 | $3,633.00 | $3,633.00 | $0.00 | $3,255.49 |
| 17 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $824.90 | $70.81 | $754.09 | $0.00 |
| 18 | STATE OF NEW JERSEY | 24 | $2,385.00 | $2,385.00 | $0.00 | $2,137.17 |
| 19 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $3,310.18 | $284.14 | $3,026.04 | $0.00 |
| 20 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | UPSTART | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22 | ANDREW THOMAS ARCHER | 0 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 23 | MONICA M. HAND | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24 | DEPARTMENT OF THE TREASURY | 33 | $6,209.86 | $533.06 | $5,676.80 | $0.00 |
| 25 | LVNV FUNDING, LLC | 33 | $475.77 | $40.84 | $434.93 | $0.00 |
| 26 | STATE OF NEW JERSEY | 28 | $164.59 | $164.59 | $0.00 | $0.00 |
| 27 | STATE OF NEW JERSEY | 33 | $692.17 | $59.41 | $632.76 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 02/01/2023 | 2.00 | $0.00 |
| 04/01/2023 | Paid to Date | $3,126.00 |
| 05/01/2023 | 57.00 | $918.00 |
| 02/01/2028 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $11,848.00 |
| Total paid to creditors this period: | $8,647.66 |
| Undistributed Funds on Hand: | $1,654.21 |
| Arrearages: | ($528.00) |
| Attorney: | ANDREW T. ARCHER, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**