

Laura Egerman
McCalla Raymer Leibert Pierce, LLP
485F US Highway 1 S
Suite 300
Iselin, NJ  08830
Telephone: (732) 902-5399
NJ_ECF_Notices@mccalla.com
Attorneys for Movant

Order Filed on September 8, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In re:<br><br>Christopher Scott Hand,<br>Monica Mary Hand,<br><br>Debtors. | Chapter 13<br><br>Case No. 23-10083-ABA<br><br>Hearing Date: September 9, 2025 at 10:00 a.m.<br><br>Judge: Andrew B. Altenburg Jr |
|---|---|

**CONSENT ORDER RESOLVING SECURED CREDITOR'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND PROVIDING FOR CURE OF POST-PETITION ARREARS**

The relief set forth on the following pages, number two (2) through three (3) is hereby

**ORDERED**

**DATED: September 8, 2025**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Page 2

| | |
|---|---|
| Debtors: | Christopher Scott Hand |
| Case No.: | 23-10083-ABA |
| Caption of Order: | **CONSENT ORDER RESOLVING SECURED CREDITOR'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND PROVIDING FOR CURE OF POST-PETITION ARREARS** |

THIS MATTER having been opened to the Court upon the Motion to Vacate Automatic Stay filed by Capital One Auto Finance, a division of Capital One, N.A. ("Movant") Christopher Scott Hand and Monica Mary Hand ("Debtors") having filed opposition thereto, with respect to 2021 Kia Sportage, VIN: KNDPM3AC4M7869677 ("Collateral"), as follows and have consented to the entry of the within Order, and for good cause shown it is hereby:

**ORDERED AS FOLLOWS:**

1. Debtors are delinquent three (3) post-petition payments due June 18, 2025 through August 18, 2025, each payment in the amount of $473.64, less suspense of $332.64, for a total delinquency of $1,088.28.

2. Debtors' Chapter 13 plan shall hereby be amended to include the delinquency in the amount of $1,088.28.

3. Debtors shall resume post-petition payments to be paid timely and in full with the September 18, 2025 payment.

4. If Debtors should default and fail to make future post-petition payments to Movant that come due during the pendency of this case for thirty (30) days from the due date, Movant's counsel may submit a certification of default and the Court may enter an Order vacating the automatic stay permitting Movant to proceed with its action against the Collateral.

5. Upon dismissal, discharge chapter conversion, or relief from stay, the foregoing terms and conditions shall cease to be binding payments will be due pursuant to the terms of the original loan agreement and Movant may proceed to enforce its remedies under applicable non-bankruptcy law against the Collateral and/or against the Debtors.

Page 3

| | |
|---|---|
| Debtors: | Christopher Scott Hand |
| Case No.: | 23-10083-ABA |
| Caption of Order: | **CONSENT ORDER RESOLVING SECURED CREDITOR′S MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND PROVIDING FOR CURE OF POST-PETITION ARREARS** |

6. Debtors shall pay attorney fees and costs for the motion for relief in the amount of $649.00 to be paid as an administrative claim through the plan.

Consent to Form and Entry

McCalla Raymer Leibert Pierce, LLP
Attorney for the Secured Creditor

By: /s/ Laura Egerman
    Laura Egerman

Date: 09/05/2025

Brenner Spiller & Archer
Attorney for the Debtors

By: [signature]
    Andrew Thomas Archer

Date: 9/3/2025