# *Office of the Chapter 13 Standing Trustee*

## *Andrew B. Finberg, Chapter 13 Standing Trustee*

*Joni L. Gray, Counsel*  
*Jennifer R. Gorchow, Staff Attorney*  
*William H. Clunn, III, Staff Attorney*

*Lu'Shell K. Alexander\**  
*Jennie P. Archer\**  
*Kelleen E. Stanley\**  
*Kimberly A. Talley\**  
*\*Certified Bankruptcy Assistant*

December 15, 2025

The Honorable Andrew B. Altenburg, Jr.  
United States Bankruptcy Court  
P.O. Box 2067  
Camden, New Jersey 08102

RE:    Chapter 13 Bankruptcy  
       Debtor(s) Name:      Christopher S. Hand and Monica M. Hand  
       Case No:      23-10083   ABA  
       Hearing Date:      N/A

Dear Judge Altenburg:

Please accept this letter as a limited objection to Debtor(s)' Motion/Application filed on December 11, 2025 for the above-captioned matter.

The proposed form of Order filed with the Motion/Application fails to reflect the correct monthly Trustee payment amount going forward. Accordingly, the Trustee respectfully requests that the proposed form of Order be amended to provide for monthly payments of $987.00 for twenty-five (25) months.

**Please note that Debtor(s)' counsel will be required to submit the amended Order and wage order, if applicable, to the Judge's Chambers with a copy to this office under the Seven (7) Day Rule.**

As always, the Court is welcome to contact the Trustee with any concerns.

Respectfully submitted,

*OFFICE OF THE CHAPTER 13*  
*STANDING TRUSTEE*

*/s/ Andrew B. Finberg*

**Andrew B. Finberg,**  
Chapter 13 Standing Trustee

ABF:lka

c:    Andrew T. Archer, Esquire   (Debtor(s) Attorney)   (via Electronic Case Filing / ECF)  
      Christopher S. Hand and Monica M. Hand   (Debtors')   (via First Class Mail)

Cherry Tree Corporate Center  
535 Route 38  
Suite 580  
Cherry Hill, NJ 08002  
(856) 663-5002

**Payments Only:**

P.O. Box 1978  
Memphis, TN 38101-1978