Printed on: 12/31/2025
ANDREW B. FINBERG [*ICB-99001-00*]

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
### Case Number: 23-10083 (ABA)

Christopher S. Hand and Monica M. Hand
292 Westminster Boulevard
Turnersville, NJ  08012

Monthly Payment: $958.00
Payments / Month: 1
Current Trustee Comp.: 10.00%

### For the period of 01/01/2025 to 12/31/2025
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|------|--------|
| 01/13/2025 | $460.00 | 01/27/2025 | $460.00 | 02/10/2025 | $460.00 | 02/24/2025 | $460.00 |
| 03/10/2025 | $460.00 | 03/24/2025 | $460.00 | 04/07/2025 | $460.00 | 04/21/2025 | $460.00 |
| 05/05/2025 | $310.00 | 05/19/2025 | $310.00 | 06/02/2025 | $310.00 | 06/16/2025 | $460.00 |
| 07/01/2025 | $460.00 | 07/14/2025 | $460.00 | 07/28/2025 | $460.00 | 08/11/2025 | $460.00 |
| 08/25/2025 | $460.00 | 09/08/2025 | $460.00 | 09/22/2025 | $500.00 | 10/06/2025 | $350.00 |
| 10/21/2025 | $350.00 | 11/03/2025 | $260.00 | 11/17/2025 | $480.00 | 12/01/2025 | $480.00 |
| 12/29/2025 | $958.00 | | | | | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|-----|---------------|-----|-----------|-----------|-------------|------------------|
| 0 | CHRISTOPHER S. HAND | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | ANDREW T. ARCHER, ESQUIRE | 13 | $3,255.00 | $3,255.00 | $0.00 | $0.00 |
| 0 | ANDREW T. ARCHER, ESQUIRE | 13 | $637.50 | $0.00 | $637.50 | $0.00 |
| 1 | ATLANTIC CITY ELECTRIC COMPANY | 33 | $1,755.07 | $600.40 | $1,154.67 | $150.65 |
| 2 | AVANT/WEBBANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | CAPITAL ONE, N.A. | 33 | $394.52 | $134.96 | $259.56 | $33.87 |
| 4 | CAPITAL ONE, N.A. | 33 | $2,289.64 | $783.27 | $1,506.37 | $196.54 |
| 5 | CAPITAL ONE AUTO FINANCE | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | CAPITAL ONE/WALMART | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | JPMORGAN CHASE BANK, N.A. | 33 | $15,489.84 | $5,298.95 | $10,190.89 | $1,329.65 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $465.87 | $147.91 | $317.96 | $39.99 |
| 9 | QUANTUM3 GROUP, LLC | 33 | $153.54 | $38.14 | $115.40 | $13.18 |
| 10 | JEFFERSON CAPITAL SYSTEMS, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | JEFFERSON CAPITAL SYSTEMS, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | PREMIER BANKCARD, LLC | 33 | $719.54 | $246.15 | $473.39 | $61.76 |
| 13 | DEPARTMENT OF THE TREASURY | 28 | $5,852.58 | $5,852.58 | $0.00 | $5,852.58 |
| 14 | LTD ACQUISITIONS, LLC | 33 | $581.60 | $184.65 | $396.95 | $49.92 |
| 15 | LVNV FUNDING, LLC | 33 | $627.01 | $214.50 | $412.51 | $53.82 |
| 16 | M & T BANK | 24 | $3,633.00 | $3,633.00 | $0.00 | $377.51 |
| 17 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $824.90 | $282.19 | $542.71 | $70.81 |
| 18 | STATE OF NEW JERSEY | 24 | $2,385.00 | $2,385.00 | $0.00 | $247.83 |
| 19 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $3,310.18 | $1,132.39 | $2,177.79 | $284.14 |
| 20 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | UPSTART | 0 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 22 | ANDREW THOMAS ARCHER | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23 | MONICA M. HAND | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24 | DEPARTMENT OF THE TREASURY | 33 | $6,209.86 | $2,124.35 | $4,085.51 | $533.06 |
| 25 | LVNV FUNDING, LLC | 33 | $475.77 | $151.05 | $324.72 | $40.84 |
| 26 | STATE OF NEW JERSEY | 28 | $164.59 | $164.59 | $0.00 | $164.59 |
| 27 | STATE OF NEW JERSEY | 33 | $692.17 | $236.79 | $455.38 | $59.41 |
| 28 | CAPITAL ONE AUTO FINANCE | 24 | $1,088.28 | $1,088.28 | $0.00 | $0.00 |
| 29 | CAPITAL ONE AUTO FINANCE | 13 | $649.00 | $649.00 | $0.00 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 02/01/2023 | 31.00 | $0.00 |
| 09/01/2025 | Paid to Date | $29,844.00 |
| 10/01/2025 | 3.00 | $958.00 |
| 01/01/2026 | 25.00 | $987.00 |
| 02/01/2028 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $11,208.00 |
| Total paid to creditors this period: | $9,560.15 |
| Undistributed Funds on Hand: | $1,346.07 |
| Arrearages: | ($504.00) |
| Attorney: | ANDREW T. ARCHER, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**